**CONGRESS OF RACIAL EQUALITY**

v.

**Robert F. BURNS, Secretary.**

**No. 81–46–M.P.**

Supreme Court of Rhode Island.

Feb. 26, 1981.

Aram K. Berberian, Warwick, for petitioner.

Dennis J. Roberts II, Atty. Gen., Harold E. Krause, Spec. Asst. Atty. Gen., for respondent.

## ORDER

The petition for writ of certiorari is denied.

**Marc D. LAVIK**

v.

**BOARD OF ELECTIONS OF the STATE OF RHODE ISLAND and Providence Plantations et al.**

**No. 80–490–M.P.**

Supreme Court of Rhode Island.

Feb. 26, 1981.

Marc D. Lavik, pro se.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Spec. Asst. Atty. Gen., for respondents.

## ORDER

The motion to waive the filing fee is granted. The petition for writ of certiorari is denied.

**Martha McMAUGH**

v.

**Thomas McMAUGH.**

**No. 81–25–M.P.**

Supreme Court of Rhode Island.

Feb. 26, 1981.

Kirshenbaum & Kirshenbaum, Van L. Hayhow, Providence, for plaintiff-respondent.

Joseph A. Capineri, Pawtucket, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.